CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 27 2006

JOHN F. CORCORAN, CLERK
BY: /s/ 
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ANDRE E. WHITE,<br>  Plaintiff, | Civil Action No. 7:06cv00504 |
| v. | **FINAL ORDER** |
| BRISTOL VA CITY JAIL, et al.,<br>  Defendants. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that

1) White's motion to amend his complaint to add defendants is **GRANTED**. Accordingly, White's complaint is amended to name as defendants: Bristol Virginia City Jail, Dr. John Sherrill, Curtis Mink, and Michael Salyer;

2) White's motion to amend his complaint to particularize his claims against the defendants is **GRANTED**; and

3) White's claims against defendants Bristol Virginia City Jail, Mink, and Salyer shall be and hereby are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1). Accordingly, only White's claim against defendant Dr. Sherrill will go forward. The Clerk of the Court has already attempted service on Dr. Sherrill pursuant to service order dated October 17, 2006 (Docket # 12).

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and to each named defendant or counsel of record for each defendant, if known.

ENTER: This 26th day of October, 2006.

/s/ 
United States District Judge